Case 1:25-cv-07925-GHW    Document 3    Filed 09/25/25    Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
KAARYN NAILOR SIMMONS,

                         Plaintiff,

-against-

TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK,

                       Defendant(s).

-------------------------------------------------------------- X

1:25-cv-7925-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    This action was removed from the Supreme Court of the State of New York, County of New York, on September 24, 2025. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than October 8, 2025. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

    SO ORDERED.

Dated: September 25, 2025
       New York, New York

                                                    GREGORY H. WOODS
                                           United States District Judge