USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
    KAARYN NAILOR SIMMONS,

                                    Plaintiff,

                        -against-

    TRUSTEES OF COLUMBIA UNIVERSITY
    IN THE CITY OF NEW YORK,

                                  Defendant.
-----------------------------------------------------------------X

1:25-cv-7925-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

        As stated on the record during the conference held on October 7, 2025, Plaintiff is directed to file a letter no later than October 10, 2025 as to whether Plaintiff anticipates filing a motion to remand. As also stated on the record, the initial pretrial conference set for December 9, 2025 is adjourned *sine die*. Defendant's deadline to answer or otherwise respond to the complaint is adjourned *sine de*. Further, discovery in this matter is stayed pending the Court's resolution of the threshold jurisdictional issues in this case.

        SO ORDERED.

Dated: October 7, 2025
New York, New York

                                                   GREGORY H. WOODS
                                            United States District Judge